JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGNAL IP, INC., a California corporation,<br><br>              Plaintiff,<br><br>     vs.<br><br>PORSCHE CARS NORTH AMERICA, INC., a Delaware corporation,<br><br>              Defendant. | Case No. Case No. 2:14-cv-03114-JAK (JEMx)<br><br>[Related to 2:14-cv-02454-JAK (JEMx); 2:14-cv-02962-JAK (JEMx); 8:14-cv-00491-JAK (JEMx); 2:14-cv-02963 JAK (JEMx); 2:14-cv-02457-JAK (JEMx); 2:14-cv-03111-JAK (JEMx); 2:14-cv-03109-JAK (JEMx); 2:14-cv-03113-JAK (JEMx); 2:14-cv-03108-JAK (JEMx); 8:14-cv-00497-JAK (JEMx)]<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Hon. John A. Kronstadt |

41406.016-2511804v1 (JLH)

Case No. 2:14-cv-03114-JAK (JEMx)

[

1  Two parties presented a Stipulated Motion for Dismissal With Prejudice of all
2  claims and counterclaims asserted between plaintiff Signal IP. Inc. and defendant
3  Porsche Cars North America, Inc. in this case, and the Court agreeing that it is
4  appropriate for these parties to implement their agreement, it is hereby

5  ORDERED. ADJUDGED AND DECREED that all claims asserted in this
6  suit between plaintiff Signal IP. Inc. and defendant Porsche Cars North America,
7  Inc. arc hereby dismissed with prejudice, subject to the terms of that certain
8  agreement entitled **"SETTLEMENT AND RELEASE AGREEMENT"** and dated
9  August 3, 2015.

10  It is further ORDERED that all attorneys' fees and costs are to be borne by
11  the party that incurred them and neither party shall be required to pay any costs,
12  attorney fees or other expenses of the other party that are associated with the matters
13  settled by this Stipulated Motion for Dismissal with Prejudice.

15  DATED: August 21, 2015



Hon. John A. Kronstadt
U.S. District Judge